In re: Resolution and Memorial for Max Edward Justice
September 24, 2021

May it please the Court, I am Hank Hankins of the Mecklenburg County Bar and the law firm of Parker Poe Adams and Bernstein. It was my privilege to practice law with Max Justice for 45 years. On behalf of the Mecklenburg County Bar, I request permission to present this resolution to honor the life of Max Edward Justice of the Mecklenburg County Bar, who passed from us in the year 2020.

May I proceed, your honor. Thank you.

First, I would like to recognize the members of Mr. Justice's family with us today:
1. His wife Karen;
2. His son Jamie and his wife Robyn;
3. His daughter Kate Luckadoo and her husband Cliff; and
4. His grandchildren
   a. Parker and Brady Justice; and
   b. Jackson and Grace Luckadoo.

Mr. Justice was devoted to his family and would appreciate their presence here in the courtroom today.

Max Justice was born in Hendersonville, North Carolina in 1945 and grew to manhood there. From an early age he learned the value of hard work, helping his family in various pursuits including growing and harvesting apples on the family's farm. As a result of his grandfather's work in law enforcement, Max came to know judges and court officials. His commitment to the law began there.

In high school Max became a dedicated student. He subscribed to Newsweek magazine and read it cover to cover every week. In his pursuit of knowledge he read his family's encyclopedia set from A to Z. After high school, Max went to Chapel Hill and graduated from the University of North Carolina in 1967 with a Bachelor of Arts degree in Political Science. He earned the money to fund his education in the summer months by selling dictionaries door to door in the deep south at the height of the civil rights movement.

After graduation from UNC, Max went to law school at Wake Forest University where he was a distinguished student, serving as associate editor of the Wake Forest Law Review. He remained a loyal alumnus of the law school and in later years was president of its alumni association and a member of the Law Board of Visitors.

Upon graduation from law school in 1970, he joined the Charlotte law firm then known as Grier, Parker, Poe, Thompson, Bernstein, Gage and Preston (now Parker Poe Adams & Bernstein) where he remained for his entire career.

When I joined Parker Poe fresh from law school, Max had been Bill Poe's associate for several years. I followed in his footsteps. In those days we had one office, sixteen lawyers and a general combination of personal practices. As a new

lawyer, I looked to Max for guidance regarding the nuts and bolts of practicing law. He was an excellent teacher, and for decades thereafter he continued to be a mentor to many young Parker Poe attorneys who had the benefit of exposure to him. After he passed away, one of his colleagues commented, "I could have worked with Max for another five years, ten years, or fifteen years, and he'd still be making me a better lawyer."

In the late 1970's and the early 1980's the practice of law became much more specialized and complex. Government regulations produced a need for expertise that had not been taught in law school to those then in practice. Max recognized this need and immersed himself in the world of employment law and environmental law. He became our firm's go-to guy in both areas. Ultimately, he concentrated on environmental law and was recognized by his peers as a Super Lawyer, a Best Lawyer in America, and a N.C. Legal Elite member.

By the late '80's, the firm had grown substantially, and we established substantive departments. Max became the Regulatory and Administrative Law Department Head. In that role, he was completely reliable in managing the production and performance of his department.

Max also developed a stable of substantial business clients which produced a steady stream of work for the firm. The key to that development was his commitment to the unrelenting pursuit of the client's interests. He made the duty to serve his clients the cornerstone of his life as a lawyer, and his example will be a model for Parker Poe lawyers into the far distant future.

During the 1990's, our firm looked south. For the expansion of our footprint into South Carolina, Max was our point person. He had significant relationships with clients in South Carolina, and he had the ability to identify lawyers who would be appropriate additions to the firm and its culture of service and commitment. In that process, the firm went to Spartanburg, Columbia, Charleston, and Greenville. Max's role in making those moves successful was significant.

During my time as Parker Poe's managing partner, I sought Max's input because I valued his judgment and insight. He was a constant observer of developments in the legal profession, the business community, politics, and current affairs. He read a host of periodicals on a regular basis. He passed on to me the articles and ideas which he thought would benefit our efforts or be of interest to me. In later years, I received emails from him filled with commentary on current events. In short, he was a student of his time, a voracious reader and a critical observer of the world around him.

I could go on, but it is not possible in the time allotted to review all of the contributions of Max Justice to his clients, the community, Parker Poe, and the practice of law. It is sufficient to say that Max Justice was a figure larger than life, whose contributions over a long and powerful career will live on in the memories of Parker Poe, his friends, clients, colleagues and family. He will continue to personify the principles and professionalism of the practice of law at its very best.

So Your Honor, with the deepest admiration, respect and affection, we the undersigned move that:

1. The Court adjourn this day in memory of and honor of Max Edward Justice.

2. This Resolution and Memorial be received by the Court and inscribed in its minutes; and

3. Copies of this Resolution and Memorial be made available to members of the family of Max Edward Justice.

Respectfully submitted this the 24th day September 2021.

M. Heath Gilbert, Jr.
Past President
Mecklenburg County Bar

The Honorable Hugh Lewis
Memorials Committee Member
Mecklenburg County Bar

Irvin W. Hankins, III
Presenter
Mecklenburg County Bar

The foregoing "Resolution and Memorial in Tribute to Max Edward Justice" is hereby Approved and Accepted in all respects.

The Honorable Graham C. Mullen
Judge Presiding
Federal District Court
Western District of North Carolina

The Honorable Charles M. Viser
Judge Presiding
North Carolina Superior Court
Mecklenburg County